United States District Court
Southern District of Texas
FILED

AUG 13 2012

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. 7:11-CR-01667 |
| TRINIDAD DOMINGUEZ | § | |

### ORDER

THIS COURT, having considered Defendant's Unopposed Motion For Continuance and applicable law finds, and it is ordered, that the motion is **GRANTED**. ~~DENIED~~. *Defendant's arraignment is continued until August 27, 2012, at 3:00 unless he is re-arraigned sooner.*

ORDERED this 13th day of August, 2012.

_____
PETER E. ORMSBY
UNITED STATES MAGISTRATE JUDGE